IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:25-CR- _004-0_

KEITH CHARLES OWENS (01)

## FACTUAL RESUME

INFORMATION:

> Count One:  Interference with Security Screening Personnel (in violation of
> 49 U.S.C. § 46503)

PENALTY:  $250,000 fine, not more than 10 years' imprisonment, or both such fine and
imprisonment, plus a term of supervised release of not more than 3 years

MAXIMUM PENALTY:

> $250,000 fine and not more than ten (10) years' imprisonment, plus a term
> of supervised release of not more than 3 years.  If the defendant violates
> any condition of supervised release, the Court may revoke such term of
> supervised release and require the defendant to serve an additional period of
> confinement.  Further the Court must impose a Mandatory Special
> Assessment of $100.00.

ELEMENTS OF THE OFFENSE:

The essential elements which must be proved beyond a reasonable doubt in order to
establish the offenses charged in Count One of the Information are as follows:

First:        That the defendant was in an area within a commercial service airport in the
              United States;

Second:       That the defendant knowingly assaulted a federal, airport, or air carrier
              employee who had security duties within the airport; and

Third:        The assault interfered with the performance of the duties of the employee or
              lessened the ability of the employee to perform those duties.

STIPULATED FACTS:

On or about October 5, 2024, **Keith Charles Owens** was waiting at Terminal A, Gate A36, in Dallas/Fort Worth International Airport (DFW) when he knowingly and intentionally assaulted L.C. by physical contact.  DFW is a commercial service airport in the United States.  L.C. was an American Airlines gate agent who had security duties within the airport and was on duty at the time of the assault.  When **Owens** assaulted L.C., it interfered with the performance of L.C.'s duties and lessened his ability to perform those duties.

SIGNED this ____ day of _____, 2025.

_____
KEITH CHARLES OWENS
Defendant

_____
NICK OBERHEIDEN
Counsel for Defendant

Factual Resume—Page 2